IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIAN SONG LIAO, | : |
| Petitioner, | : |
| vs. | : |
| | : CIVIL ACTION No. 08-00419-KB-B |
| DAVID O. STREIFF, *et al.*, | : |
| Respondents. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated August 19, 2008 (Doc. 7) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE** this 23rd day of September, 2008.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1]Although petitioner's mail which contained the Report and Recommendation here at issue was returned as undeliverable, petitioner is still deemed to have failed to object inasmuch as he has failed to fulfill his obligation to keep the Court informed of his proper address.